**No. 46505.**—Protest 23329–K of F. W. Woolworth Co. (Baltimore).

Opinion by OLIVER, P. J. It was stipulated that the figures in question are in chief value of earthy or mineral substances, decorated. In accordance therewith the claim at 40 percent under paragraph 214 was sustained.